UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

PERDIEMCO, LLC,

    Plaintiff,

v.                                                    Case No. 23-C-1303

JJ KELLER & ASSOCIATES, INC., and
JJ KELLER SERVICES, LLC

    Defendants.

---

## ORDER

---

The parties have filed a stipulated motion for an extension of time to answer the complaint. Because the filing advises that a settlement has been reached in this action, the court construes the motion as a notice of settlement. All that remains to be done is the execution of documents and/or delivery of funds, if so required, in accordance with the parties' agreement. Therefore, all pending deadlines are **STAYED**.

**IT IS ORDERED** that counsel shall file a motion to dismiss this cause or a stipulation of dismissal on or before January 16, 2024. Failure to comply with this order may result in dismissal with prejudice pursuant to Civil Local Rule 41(c) for failure to prosecute this action in a timely manner. Additional time to complete the execution of the settlement document may be granted if requested in writing prior to the expiration of this time period.

Dated at Green Bay, Wisconsin this <u>13th</u> day of December, 2023.

                                                  s/ William C. Griesbach
                                                  William C. Griesbach
                                                  United States District Judge